JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>QUALITY ASSURANCE ROOFING OF TEXAS, LLC, a Texas limited liability company, doing business as QUALITY ASSURANCE ROOFING; and ERICA BRAY, an individual,<br><br>Defendants. | Case No. 8:23-cv-02396-JWH-ADS<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Plaintiff's Motion for Default Judgment [ECF No. 21]" entered substantially contemporaneously herewith,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332(a).

2. Defendant Quality Assurance Roofing of Texas is **DISMISSED without prejudice**.

3. Plaintiff Balboa Capital Corporation shall have **JUDGMENT** in its **FAVOR**, and **AGAINST** Defendant Erica Bray, in the amount of $213,127.68 (consisting of the principal amount due of $182,897.55; prejudgment interest of $22,468.18; litigation costs incurred of $504.00; and attorneys' fees of $7,257.95).

4. Other than potential post-judgment remedies, to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 7, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE